Dan Donagher, plaintiff in error, v. Mary Esther Curley, defendant in error. Gen. No. 37,186.

 Opinion filed October 24, 1934. Rehearing denied November 15, 1934.

Edward J. Green, for plaintiff in error; Harry F. Brewer, of counsel. Crowe, Gorman & Savage, for defendant in error.

Mr. Presiding Justice Hebel delivered the opinion of the court.